# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID L. ADAMS** | : Civil Action No. 1:CV-99-446 |
| **Plaintiff** | : |
| v. | : (Judge Kane) |
| **FREEDOM FORGE CORPORATION** | : |
| **Defendant** | : |

## ORDER

**AND NOW**, this 31st day of October, 2003, upon consideration of the filing of a Praecipe to Discontinue (Doc. No. 82), **IT IS ORDERED THAT** the above case is **DISMISSED** with prejudice.

    S/ Yvette Kane
Yvette Kane
United States District Judge